**Ida Reeves, appellant, v. Chicago Mutual Life Company, appellee. Gen. No. 30,069.**

Action upon policy of life insurance. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Albert B. George, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Maxwell N. Andalman, for appellant. Robert W. Dunn, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**Mark Levy and Arthur G. Levy, trading as Mark Levy & Brother, appellees, v. Ethel F. Lipsey and David Lipsey, appellants. Gen. No. 30,087.**

Action to recover commissions for services as real estate brokers. Judgment for plaintiffs. Appeal from the Circuit Court of Cook county; the Hon. Walter Brewer, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Albert Sabath, for appellants; Laurence M. Fine, Robert D. Melick and Thomas M. Zasadil, Jr., of counsel. Sonnenschein, Berkson, Lautman & Levinson, for appellees.

Mr. Justice Johnston delivered the opinion of the court.

---

**Abraham Clyman, appellee, v. Asher R. Gluck, appellant. Gen. No. 30,094.**

Action to recover broker's commissions. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926.

A. G. Dicus, for appellant. Ela, Grover & March and Justin K. Orvis, for appellee.

Mr. Justice Johnston delivered the opinion of the court.

---

**E. C. Brownlee, appellee, v. Dan Zobel, appellant. Gen. No. 30,106.**

Action for broker's commissions. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Wells M. Cook, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1925. Affirmed. Opinion filed March 2, 1926. Rehearing denied March 15, 1926.

Orville W. Lee, for appellant. Lewis, Adler, Lederer & Kahn, for appellee.

Mr. Justice Johnston delivered the opinion of the court.